IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MORAN INDUSTRIES, INC. | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) |
| | ) |
| TURBO TINTS & TAGS | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT**

Plaintiff Moran Industries, Inc. (hereinafter "Moran") for its Complaint against Defendant Turbo Tints & Tags (hereinafter "Defendant") herein alleges as follows:

JURISDICTION AND VENUE

1. The present Complaint arises under an action for trademark infringement, unfair competition and false designation of origin under the Lanham Act, 15 U.S.C. § 1051 et seq.

2. This Court has jurisdiction over the subject matter by virtue of 28 U.S.C. §§ 1331, 1338.

3. This Court has personal jurisdiction over Defendant because Defendant purposefully availed itself of the privilege of conducting business in Maryland. Defendant offers, markets, and promotes its services to consumers located in Maryland by use of its local advertising, website, social media, and through other means.

4. Venue lies in this District by virtue of 28 U.S.C. §§ 1391(b) and 1391(c), as a substantial part of the events giving rise to Plaintiff's claims have occurred and are

1

continuing to occur in this District, and Defendant is deemed to reside in this judicial district inasmuch as Defendant is subject to personal jurisdiction.

## PARTIES

5.   Plaintiff Moran is an Illinois corporation having a principal place of business at 11524 W 183rd Street, Suite 100, Orland Park, Cook County, IL 60487.

6.   Defendant is a business entity having a principal place of business at 8013 Old Branch Avenue, Clinton, Maryland, and doing business as Turbo Tints & Tags.

## BACKGROUND

.

7.   On September 26, 2019, Plaintiff filed an application for TURBO TINT with the U.S. Patent and Trademark Office, which filing grants to Plaintiff constructive use throughout the United States of the mark TURBO TINT.

8.   On March 30, 2021, U.S. Trademark Registration No. 6309960 for the TURBO TINT wordmark Registration Issued, reflecting Plaintiff as the owner thereof. On the same day, U.S. Trademark Registration No. 6309961 for a related TURBO TINT design mark. These registrations are in full force and effect describing services related to automotive and commercial/residential window tinting. Copies of the Certificates of Registration from the United States Patent and Trademark Office are attached hereto as Exhibit A.

9.   Plaintiff Moran has been offering services related to automobile detailing and window tinting under the TURBO TINT name and trademark since at least as early as 2020. Such use has been continuous and widespread throughout the United States, and Turbo Tint franchises have become synonymous with quality window tinting services

10. Defendant operates a business, Turbo Tints & Tags, located at 8013 Old Branch Avenue, Clinton, Maryland, offering competing services in automotive window tinting.

11. Online search results for automotive window tinting services and "Turbo Tint" in Maryland yield multiple results for Defendant's Turbo Tints & Tags business.

12. Defendant has no business affiliation with Plaintiff and has no legal right or permission to utilize the TURBO TINT trademark or to provide services or products under the TURBO TINT name, or confusing variants thereof.

13. Defendant's products and services are in no way endorsed by Plaintiff or Plaintiff's franchisees.

14. Defendant's use of the TURBO TINT trademark in their business name and on their signage began after the adoption, use, application, and registration of the TURBO TINT trademarks by Moran.

15. There is a likelihood of confusion between Defendant's and Plaintiff's use of the TURBO TINT mark in association with window tinting services.

16. Consumers will be duped into believing that Defendant's products and services are in some manner related to or sponsored by Plaintiff.

17. Plaintiff dispatched multiple written and electronic letters to Defendant regarding their use of the TURBO TINT marks, thus Defendant knew or should have known their use was likely to, and continues to be likely to, cause confusion, mistake, and disparagement among Plaintiff's consumers.

18.     Defendant applied for a TURBO TAGS AND TINTS trademark in the United States on February 11, 2021, with said application being rejected as likely to cause confusion with Plaintiff's TURBO TINT marks.

19.     Defendant's actions have caused and will continue to cause damage to Plaintiff, the extent of which is presently unknown.

## COUNT I - TRADEMARK INFRINGEMENT

Plaintiff adopts and realleges the foregoing paragraphs 1-16 above.

20.     Plaintiff Moran is the owner of U.S. Trademark Registration No. 6309960 for the TURBO TINT wordmark, as well as Registration No. 6309961 for a related TURBO TINT design mark. Plaintiff has not given Defendant any manner of consent to use these trademark registrations.

21.     Defendant knew or should have known that it has used and is continuing to use, in commerce, a reproduction of the registered TURBO TINT trademark in connection with the sale, offer for sale, and advertisement of their services. Such use is directed to services which are identical to those offered by Plaintiff and specifically directed to identical consumers.

22.     Defendant's use of signage and marketing material bearing a mark confusingly similar to that of Plaintiff's TURBO TINT registrations is likely to cause confusion, mistake and/or deception.

23.     Defendant knew or should have known that it has reproduced, copied, and imitated the registered TURBO TINT trademark to apply such reproduction, copy, and imitation to signs and advertisements intended to be used in connection with the sale, offer

for sale, and advertisement of goods and services. Said goods and services are identical to those offered by Plaintiff and are specifically directed to identical consumers.

24. Defendant's use of signage and marketing material bearing a mark confusingly similar to that of Plaintiff's TURBO TINT registrations has caused, and will continue to cause, irreparable harm to Plaintiff Moran, and unjust enrichment to Defendant.

25. Defendant's actions, on information and belief, have been and continue to be in willful and wanton disregard for the rights of Plaintiff Moran.

26. By way of such action, Defendant has violated the exclusive rights of Plaintiff Moran, which conduct comprises trademark infringement under 15 U.S.C. § 1114. On information and belief, such infringement has been and continues to be willful and wanton. Such conduct will continue unless and until enjoined by this Court.

## COUNT II - UNFAIR COMPETITION

Plaintiff adopts and realleges the foregoing paragraphs 1-23 above.

27. Plaintiff Moran is the owner of U.S. Trademark Registration No. 6309960 for the TURBO TINT wordmark, as well as Registration No. 6309961 for a related TURBO TINT design mark. Plaintiff has not given Defendant any manner of consent to use these trademark registrations.

28. Defendant knew or should have known that it has used and is continuing to use the TURBO TINT mark, in commerce.

29. Defendant's use of the TURBO TINT mark is conducted for the purpose of commercial advertising or promotion, and misrepresents the nature, characteristics, or qualities of Plaintiff's goods, services, and commercial activities. Such use is directed to

services which are identical to those offered by Plaintiff Moran and specifically directed to identical consumers.

30. Defendant's use of marketing material bearing a mark confusingly similar to Plaintiff's TURBO TINT registrations is likely to cause confusion, mistake and/or deception.

21. Defendant's use of Plaintiff's TURBO TINT registrations has caused, and will continue to cause, irreparable harm to Plaintiff Moran, and unjust enrichment to Defendant.

32. Defendant's actions, on information and belief, have been and continue to be in willful and wanton disregard for the rights of Plaintiff Moran.

33. By way of such action, Defendant has violated the exclusive rights of Plaintiff Moran, which conduct comprises unfair competition, namely, among other things, false designation of origin, false advertising, and dilution under 15 U.S.C. § 1125. On information and belief, such infringement has been and continues to be willful and wanton. Such conduct will continue unless and until enjoined by this Court.

PRAYER FOR RELIEF

WHEREFORE Plaintiff prays:

A. For judgment to be entered by this Court in favor of Plaintiff Moran and against Defendant;

B. For entry of a preliminary and permanent injunction enjoining Defendant from using a mark confusingly similar to Moran's TURBO TINIT trademark registrations, including Defendant's Turbo Tints and Tags business name, on advertisement material, signage, and online social media and webpages;

C.  For recovery of damages adequate to compensate Plaintiff Moran for Defendant's actions, and an increase of said damages due to the willful and wanton nature of Defendant's conduct;

D.  An assessment against Defendant of Plaintiff Moran's reasonable attorney's fees and costs of suit;

E.  For destruction of all of Defendant's infringing signage and other marketing materials; and

F.  For trial by jury on all issues so triable; and

F.  For such other and further relief as the Court may deem appropriate.

DATED: August 28, 2025

Respectfully submitted,

/s/*RuyGarcia-Zamor*
Ruy M. Garcia-Zamor
Bar ID: 20579
Garcia-Zamor Intellectual Property Law, LLC
12960 Linden Church Road
Clarksville, Maryland 21029
P: 410-531-9853 ext. 101
C: 215-292-2305
F: 410-531-9854
ruy@garcia-zamor.com

Jovan N Jovanovic
(Pro Hac Vice Motion filed)
The Watson IP Group, PLC
3133 Highland Drive, Suite 200
Hudsonville, MI 49426
Tel.: 616-797-1000
Fax: 866-369-7391
jjovanovic@watson-ip.com

Aaron Sternhagen
(Pro Hac Vice Motion filed)
The Watson IP Group, PLC

3133 Highland Drive, Suite 200
Hudsonville, MI 49426
Tel.: 616-797-1000
Fax: 866-369-7391
asternhagen@watson-ip.com

*Attorneys for Plaintiff Moran Industries, Inc.*

8